# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

VINCENT J. ADOLPH,
        Plaintiff,

                                    **JUDGMENT IN A CIVIL CASE**

        v.

MARY PEARSON, LORRAINE DARLANGE,
SPOKANE TRIBAL COURT, SPOKANE TRIBE    CASE NUMBER: CV-08-367-LRS
BIA CORRECTIONAL FACILITY & MIKE BEAGLE,
        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is DISMISSED WITHOUT PREJUDICE under 28 USC Section 1915(e)(2) and 1915A(b)(1).

6/8/09                                                 JAMES R. LARSEN
*Date*                                                   *Clerk*
                                                       s/ Renea Ferrante
                                                      *(By) Deputy Clerk*
                                                       Renea Ferrante